# EXHIBIT A



Saving screenshot…

Jay Gaither
REDACTED

I enjoy it I when i can communicate through suggestion and can rely on the other party's generous interpretation of meaning when faced with two or more

11:17am, April 27

options. Innuendo couched terminology symbolism double entendre are the stuff you have to have to be real…

11:17am, April 27

While I correctly told you that Es tu ma Bon fille is a proposition in Paris I only use it as a pretty phrase …. Et tut Mir leid

11:19am, April 27

Just had a good swim run lift… Hope you have a good weekend

Compose message

Send



Jay Gaither
**REDACTED**

11:19am, April 27

Just had a good swim run lift...
Hope you have a good weekend
and don't forget to brush

11:20am, April 27

If you feel like decompressing I can
get us a fire going this afternoon...
Just let me know.  Monday is
always such a mess

1:56pm, April 28

Hello

3:48pm, April 28

Wrapping up at ymca you have the
time n inclination?

3:48pm, April 28

Leaving chapel hill now. Given the
weather and that hickory isnt really

Compose message                Send



Jay Gaither
REDACTED

Leaving chapel hill now. Given the weather and that hickory isnt really on my way I'm just going on to shelby

Sent: 4:05pm, April 28

Well that makes good sense.... Not something I am used to or particularly fond of

4:28pm, April 28

Let me know if you want company on the drive n I will call you... Otherwise...

4:29pm, April 28

Call me

5:28pm, April 28

Hey Nikki I have called and texted a couple of times need to speak with

Compose message

Send



Jay Gaither
REDACTED

Hey Nikki I have called and texted a couple of times need to speak with you

6:02pm, April 28

Please call

6:03pm, April 28

Wtf

6:20pm, April 28

Hold on I have to get to a place I can talk

Sent: 6:21pm, April 28

Call me ASAP

6:21pm, April 28

Nikki I definitely do not mind being ignored but in the context of the immediate past I would certainly

Compose message

Send



Jay Gaither
REDACTED

6:21pm, April 28

Nikki I definitely do not mind being ignored but in the context of the immediate past I would certainly like to have a brief explanation...thx

6:40pm, April 28

This was my mid sent text. Ur thoughts?

6:41pm, April 28

I just thought of something

Sent: 6:42pm, April 28

Yes

6:42pm, April 28

Clifton knows ████ and I had work issues....

Compose message

Send



📷 Saving screenshot...

**Jay Gaither**
REDACTED

Sent: 6:42pm, April 28

Ok
6:42pm, April 28

Maybe we were discussing that I can't work w her anymore or something

Sent: 6:43pm, April 28

I dunno

Sent: 6:43pm, April 28

I was already thinking of merging the two

6:43pm, April 28

Just a thought.

Sent: 6:43pm, April 28

So yes that's my direction a watered down version

Compose message          Send

Jay Gaither
REDACTED

But it does not imply "gaither is being inappropriate" to me

Sent: 6:44pm, April 28

The text ?

6:44pm, April 28

Yes

Sent: 6:44pm, April 28

I apologize I was clumsy...

6:45pm, April 28

It just seems like there was a problem that needs to be resolved before Monday and I wasn't answering

Sent: 6:45pm, April 28

Lol no apology needed I trust you ~~can handle it~~

Compose message

Send



Saving screenshot...

Jay Gaither
REDACTED

Lol no apology needed I trust you can handle it

Sent: 6:45pm, April 28

Yes

6:45pm, April 28

Yeah... But leaves one thing to be dealt with

6:46pm, April 28

Your specialty is dealing with problems

Sent: 6:47pm, April 28

I am being aggressive and that un nerves me

6:47pm, April 28

I need some direction here

6:47pm, April 28

Compose message

Send



Saving screenshot...

Jay Gaither
REDACTED

Out of my comfort zone

6:48pm, April 28

Be aggressive that's fine - but given the circumstances I think we should be somewhat slower than I would normally be

Sent: 6:49pm, April 28

I'm hitting the treadmill so I'll be AWOL for a bit

Sent: 6:51pm, April 28

I think opposite...

6:51pm, April 28

I've laid hands on you and love the feel of your body... I'm distracted at this point....

6:53pm, April 28

Compose message                    Send



Jay Gaither
REDACTED

6:53pm, April 28

What I would appreciate is some aggression from ur end

6:54pm, April 28

Ha works every time... Seriously... Bring it

6:55pm, April 28

OK I can do that - remember I want to be semi circumspect but now I have feedback so I know what you like

Sent: 6:55pm, April 28

Yes you do...

6:57pm, April 28

And I'd say circumspect... Not semi.... We can talk tomorrow... And I can use feedback as well

Compose message

Send



Saving screenshot…

**Jay Gaither**
REDACTED

6:58pm, April 28

What's ur day like?

6:59pm, April 28

Must have hit the run… Enjoy and let me know what ur day is like Monday

7:05pm, April 28

So

7:32pm, April 28

Spoke w cs. Was not aware U d discussed ▓ w him… All is good

7:33pm, April 28

Quick water break. I told cs in very vague terms - tried to get the jump on rumors before ▓ went nuclear level insane

Compose message

Send



**Jay Gaither**
REDACTED

Sent: 7:58pm, April 28

Anyway Monday depends on how much I have to hunt officers down for files well talk then

Sent: 7:59pm, April 28

Sure thing boss

8:01pm, April 28

Be aggressive that's fine - but given the circumstances I think we should be somewhat slower than I would normally be

8:17pm, April 28

Nikki not sure if ur a study in contrasts or what...no sex since August?

8:18pm, April 28

Well partly I don't have time for

Compose message

Send

Jay Gaither
REDACTED

well partly I don't have time for dudes since I gotta balance work and friends and pets and my training

Sent: 8:35pm, April 28

An easy 10 miles makes all right with the world

Sent: 8:35pm, April 28

I am glad to hear that I mean that the 10 mile run made it all good

7:05am, April 29

Do me a favor and please keep in mind the difference between critique and criticism

7:10am, April 29

By that I mean to critique not criticize

Compose message

Send

Jay Gaither
REDACTED

📞 📎 ⋮

1:48am, April 29

Don't worry I have thick skin, I am a
natural born arrogant ass 😛

Sent: 8:01am, April 29

That I like

8:14am, April 29

Miss the dress

9:32am, April 29

████████ Carol Hayes. Certainly.

9:39am, April 29

Ray cerda

9:39am, April 29

Ok I am going on the offensive

9:49am, April 29

Tell me you have an hour n a half

Compose message

Send

Jay Gaither
REDACTED

9:49am, April 29

Tell me you have an hour n a half sometime today

9:54am, April 29

Not today tomorrow after court

Sent: 9:55am, April 29

Its only 100 on

Sent: 9:55am, April 29

I'll have more time

Sent: 9:55am, April 29

Sun is out as well tomorrow... Maybe run at noonish?

10:03am, April 29

I'll pencil it on and we can move it up or down depending on how Brady runs court

Compose message

Send

**Jay Gaither**
REDACTED

up or down depending on how Brady runs court

Sent: 10:03am, April 29

I will do likewise

10:05am, April 29

Do you ever wear loose fitting dresses? Or skirts

10:10am, April 29

I look frumpy in those

Sent: 10:11am, April 29

Seriously doubt that

10:16am, April 29

Still here? And I really really doubt that

10:31am, April 29

Compose message

Send



Saving screenshot…

Jay Gaither
REDACTED

10:31am, April 29

In cliftons office

Sent: 10:38am, April 29

Then I gotta run to hickory I'm running late

Sent: 10:40am, April 29

Ok apts on left as you go down Catawba blvd

10:44am, April 29

K I'll take a look

Sent: 10:44am, April 29

I'm going to run

12:29pm, April 29

Join me at the y?

12:29pm, April 29

Compose message

Send



Saving screenshot…

Jay Gaither
REDACTED

Doing a workout at planet fitness
Sent: 12:56pm, April 29

K catch me later if you want to
12:59pm, April 29

Good morning
11:09am, April 30

Court running long in grand Brady fashion, office phone ringing off thehook
Sent: 11:30am, April 30

Prob won't have time to talk
Sent: 11:30am, April 30

I will be in hickory see u then...
11:41am, April 30

Compose message          Send



Saving screenshot...

Jay Gaither
REDACTED

I will be in hickory see u then...
11:41am, April 30

If you have something troubling send them to your office I m on the computer
11:47am, April 30

Sorry I was short w you Brady is giving me a damn aneurysm
Sent: 12:50pm, April 30

Come run w me we ll talk about it
12:51pm, April 30

im not gonna have time before court starts I'm on a wild goose chase for files
Sent: 12:52pm, April 30

Call me

Compose message

Send



Saving screenshot…

Jay Gaither
REDACTED

12:52pm, April 30

I am sending Clifton your way to observe n help out if needed is that cool w you?

12:58pm, April 30

When you knockoff this afternoon call me and let's get up and relax

1:01pm, April 30

That's fine

Sent: 1:04pm, April 30

But I'm getting the heck out of dodge at 5 I just don't wanna stick around today

Sent: 1:04pm, April 30

Call me having trouble following ur texts

Compose message

Send



Saving screenshot...

Jay Gaither
REDACTED

I am trying to understand you and having trouble doing so can you take two minutes so that I can set my thoughts rt?

1:09pm, April 30

Thks for calling. I totally understand your stress level. I really enjoyed our run and would like to make it a regular run if you would. If you will I

1:31pm, April 30

think my pace will start picking up. Also Please send me a personal email address when u have time.

1:31pm, April 30

Lol you are gonna need to train hard! No offense 😊

Sent: 1:33pm, April 30

Compose message

Send



**Jay Gaither**
REDACTED

Sent: 1:33pm, April 30

None taken I love a challenge and need one

1:33pm, April 30

caveat... Laughhardlovehard... That should never be a challenge

1:36pm, April 30

Pa thank you for your commitment to your work I admire you for it

1:41pm, April 30

Haha it'll kill me one day

Sent: 1:45pm, April 30

I hate it when victims cry. It makes me physically ill

Sent: 1:48pm, April 30

Yes it just might.. what I d like to do

Compose message

Send



Saving screenshot…

Jay Gaither
REDACTED

Yes it just might…what I d like to do is take you to dinner. Friday night in Charlotte… Talk n relax

1:50pm, April 30

When uv collected ur wits pls shoot me a text

4:38pm, April 30

On my way home was just saying hi

Sent: 5:07pm, April 30

The essential just„,I will call shortly…beautiful day enjoy it

5:12pm, April 30

Compose message

Send



Saving screenshot

**Jay Gaither**
REDACTED

Sent: 9:56pm, April 30

7:53am, May 1

That the morning view?

Sent: 7:59am, May 1

Looks like another day at the zoo in court. Gotta remember not to feed the animals

Sent: 8:00am, May 1

Compose message

Send

Jay Gaither
REDACTED

**Are you better?**

11:06am, May 1

**I have decided that grunting is a superior form of communication to texting**

11:08am, May 1

**I'm grunting. I feel disgusting and nauseated and court is a circus**

Sent: 11:11am, May 1

**Well you seem not to realize that I have a cure for that.   Except the court part....**

11:19am, May 1

**No I think my allergies finally hit full force**

Sent: 11:26am, May 1

Compose message    Send



??? Pls avoid the allusions

11:27am, May 1

Allergy to ???

11:27am, May 1

Allergies to pollen. That's why I'm ill.

Sent: 11:32am, May 1

Grunting def better.... Thought you were referencing me... Lets do lunch, bitch

11:35am, May 1

Don't call me bitch. I am not in the mood for lunch

Sent: 11:41am, May 1

I am obviously having some issues w calculating you... My apologies

Compose message

Send



Saving screenshot…

**Jay Gaither**
REDACTED

I am obviously having some issues w calculating you ... My apologies Nikki I have made numerous overtures too many in fact

11:45am, May 1

I will see you at the Y at 12 45 ish

11:55am, May 1

I think that I am beginning to understand that arrogant ass reference however it does not particularly bother me and still lunch I must insist... S'il vo

12:22pm, May 1

us plait

12:22pm, May 1

Still in court

Sent: 12:27pm, May 1

Compose message

Send



Jay Gaither
REDACTED

I understand I am on the track behind the Y as nicely as I can ask you please meet me here when court breaks

12:28pm, May 1

You offended me and your constant texting during court distracts me from my job. I will not be at the y and I suggest you avoid me today I'm in a foul mood

Sent: 12:31pm, May 1

This is personal and I would rather speak now so I will respect whatever you wish But ask that you would do likewise I would not say I am in a foul mood

12:36pm, May 1

but I am in a mood and would

Compose message

Send

but I am in a mood and would desire 15 minutes of your time to resolve... And if no offense is intended no offense should be taken

12:36pm, May 1

No I lied I am in a foul mood... Maybe the run will help see you later

12:47pm, May 1

I am truly sorry for my part in whatever it is you re feeling... Confusion anxiety fear etc.... I can only imagine. You put on a good exterior, but reas

2:33pm, May 1

on should have forestalled me and it was my error to push. When in

Compose message

Send

Jay Gaither
REDACTED

2:33pm, May 1

on should have forestalled me and it was my error to push. When in doubt I tend to engage. Please come to me as someone that u can trust and I will do

2:33pm, May 1

my utmost to deserve such. JG

2:33pm, May 1

Can you call me about a Lincoln County case

4:56pm, May 2

Z Charlotte at 5 o'clock the seventh level of hell

5:14pm, May 2

Lol drive safe no road rage

Sent: 5:15pm, May 2

Compose message

Send



Saving screenshot…

**Jay Gaither**
REDACTED

I'm going to run around lunch if u want to join me

6:31pm, May 2

Call me on your drive in

7:16am, May 3

Sorry you texted me during the drive and I don't check my phone til I arrive

Sent: 7:58am, May 3

Understood

8:09am, May 3

Now is good

8:12am, May 3

What do you need?

Sent: 8:13am, May 3

Compose message          Send



I do not need to explain my request

8:15am, May 3

Call me

2:56pm, May 3

Emergency. I would not otherwise be absent.

Sent: 3:05pm, May 3

Fine sorry but I'm a long tailed cat in a roomful of rocking chairs

3:06pm, May 3

Worried about the extent of the offense I've given you and my inability to ameliorate it

3:07pm, May 3

That is in the form of a question

3:14pm, May 3

Compose message

Send



Saving screenshot…

Jay Gaither
REDACTED

Would appreciate ur call unless emergency is serious in which case pls give me a call re anything you may need

3:23pm, May 3

Have not heard more re emergency is all ok?

5:41pm, May 3

I'm OK will talk later

Sent: 6:59pm, May 3

Thank you

7:00pm, May 3

Nikki I am concerned that' my conduct is going to come back and hurt my family. Can you pls reply and let me know

Compose message

Send



Jay Gaither
REDACTED

I would like to put the pat two weeks behind us and move forward. I did my best when you made an error in judgement. I d appreciate it if you help me p

4:59pm, May 4

ut my error in judgment behind me as well.

4:59pm, May 4

Have not heard back from you? Do I need to talk w your dad? What's up?

6:22pm, May 4

I'm on a date. My phone is going to be off.

Sent: 7:11pm, May 4

Can you reply to my question ?

Compose message

Send



Can you reply to my question ?

7:15pm, May 4

And sorry to bother you

7:19pm, May 4

My letter of resignation is on my former desk in hickory. I regret I cannot work a notice. I do not intend to make a public issue of my concerns so any concerns about the election or your family should not be an issue. It would be better to avoid contacting me again. You can tell others I am pursuing an alternative job opportunity.

Sent: 8:33pm, May 5

Understood

8:42pm, May 5

Compose message                    Send