IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:14CV106-RLV

| | |
|---|---|
| WHITNEY NICOLE SHAFFER,<br>    Plaintiff,<br><br>v.<br><br>JAMES C. GAITHER, JR., individually<br>and in his official capacity as District<br>Attorney of the 25th Prosecutorial District<br>of North Carolina,<br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which provides a mechanism for the presiding judge to disqualify himself "in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a)(2014). In an abundance of caution, the undersigned will recuse from presiding over this civil case and reassignment to another judicial officer shall be made pursuant to the standing orders of this district.

**IT IS, THEREFORE, ORDERED** that recusal is warranted pursuant to 28 U.S.C. § 455(a). Accordingly, the Deputy Clerk is directed to reassign this matter pursuant to the governing Case Allocation Order for the Statesville Division.

Signed: June 30, 2014

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge